JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 572 -- In re Physio-Control Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/08 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERTIFICATE OF SERVICE -- plaintiff Steve Sarich, Jr. -- SUGGESTED TRANSFEREE DISTRICT: S.D. INDIANA, SUGGESTED TRANSFEREE JUDGE: JAMES E. NOLAND (cds) |
| 83/11/16 | 2 | RESPONSE -- Dr. Jerome Schoen -- w/cert. of service (cds) |
| 83/11/18 | | APPEARANCES: PAUL G. ROLAND, ESQ. for Dr. Jerome Schoen, Robert A. Voigt, Thomas Voigt, John Deuser, James S. O'Bryan, Edwin Jacobs, Larry Hall; PHIL MILLER, ESQ. for Steve Sarich, Jr. (cds) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of plaintiff Steve Sarich, Jr. for for transfer of actions to the S.D. Ind., for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/29 | | ORDER -- Denying motion as moot and vacating hearing -- Notified involved judges, clerks, counsel and recipients. (jsj) |

JPML Form 1

Revised: 8/78

DOCKET NO. 572 - JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/8/83 | MO | Unpub(W) | | | |

### Special Transferee Information

DATE CLOSED: 12/8/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 572 -- In re Physio-Control Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Steve Sarich, Jr. v. Robert A. Voigt, et al. | S.D.Ind. Noland | IP-83-1068-C | | | | |
| A-2 | Steve Sarich, Jr. v. Dr. Jerome Schoen | N.D.Ill. Hart | 83-C-4894 | | | | Trans to Ind S 1-09 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  572 -- In re Physio-Control Corporation Securities Litigation

| | |
|---|---|
| STEVE SARICH, JR. (A-1) (A-2)<br>Phil Miller, Esq.<br>Ferguson & Burdell<br>2900 One Union Square<br>Seattle, WA   98101 | ROBERT A. VOIGT<br>THOMAS VOIGT<br>JOHN DEUSER<br>JAMES S. O'BRYAN<br>EDWAIN JACOBS<br>LARRY HALL<br>DR. JEROME SCHOEN<br>Paul G. Roland, ESQ.<br>Ruckelshaus, Roland & O'Connor<br>120 E. Market Street, #410<br>Indianapolis, Indiana   46204 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 572 -- In re Physio-Control Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert A. Voigt | A-1 |
| Thomas Voigt | A-1 |
| John Deuser | A-1 |
| James S. O'Bryan | A-1 |
| Edwin Jacobs | A-1 |
| Larry Hall | A-1 |
| Dr. Jerome Schoen | A-2 |
| | |
| | |
| | |
| | |