DOCKET NO. 572

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHYSIO-CONTROL CORPORATION SECURITIES LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 29 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER DENYING MOTION AS MOOT
AND VACATING HEARING

On November 8, 1983, plaintiff in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring one action pending in the Northern District of Illinois to the Southern District of Indiana for coordinated or consolidated pretrial proceedings with one action pending there. Subsequently, the Illinois action was transferred to the Southern District of Indiana pursuant to 28 U.S.C. §1404(a).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on December 19, 1983 and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-572 -- In re Physio-Control Corporation Securities Litigation</u>

<u>Northern District of Illinois</u>

<u>Steve Sarich, Jr. v. Dr. Jerome Schoen</u>, C.A. No. 83-C-4894

<u>Southern District of Indiana</u>

<u>Steve Sarich, Jr. v. Robert A. Voigt, et al.</u>, C.A. No. IP-83-1068-C